**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
475 MULBERRY STREET
P.O. BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD, Clerk
Telephone: (478) 752-3497
Facsimile: (478) 752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

May 19, 2010

Clerk, U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Re: USCA # 10-11100-J
USDC # 5:09-CR-9 (HL)
USA v. JONATHAN CHURCHWELL

Pursuant to FRAP 11(c), the Clerk of the District Court for the Middle District of Georgia certifies that, as shown on the inclosed index, the record is complete for the purposes of this appeal. The record, including the transcript(s) or parts thereof designated for inclusion and all necessary exhibit(s) consists of:

2 Volume of Pleading(s)

7 Volume of Transcripts(s)

1 - PSI (SEALED) Exhibit(s)

Sincerely,

s/ Amy N. Stapleton
Deputy Clerk

cc: Attorneys of Record

APPEAL

**U.S. District Court [LIVE AREA]**
**Georgia Middle District (Macon)**
**CRIMINAL DOCKET FOR CASE #: 5:09-cr-00009-HL-CWH-1**
**Internal Use Only**

Case title: United States of America v. Churchwell
Other court case number: 10-11100-J Eleventh Circuit Court of Appeals

Date Filed: 02/19/2009
Date Terminated: 03/04/2010

---

Assigned to: Judge Hugh Lawson
Referred to: U.S. Mag Judge Claude W. Hicks, Jr.

**Defendant (1)**

**Jonathan Churchwell**
*TERMINATED: 03/04/2010*

represented by **Federal Defender, Middle District of Georgia, Inc.**
440 Martin Luther King Jr Blvd Ste 400

Macon , GA 31201
478-743-4747
Fax: 478-207-3419
Email: GAM_MAC_ECF@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**L. Elizabeth Lane**
P.O. Box 7983
Macon , GA 31209
478-745 -4405
Fax: 742-8539
Email: elizlane@earthlink.net
*TERMINATED: 03/11/2010*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**LaRae Dixon Moore**
Federal Defenders MD GA
440 Martin Luther King Jr Blvd Ste 400

Macon , GA 31201

I certify that this docket sheet is a true copy and all attached documents are true copies of the original papers or electronic filings in this case.

[signature] 5/19/10
Deputy Clerk Date

478-743-4747
Fax: 478-207-3419
Email: larae_moore@fd.org
*TERMINATED: 03/10/2010*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(a)(1) and (b)(1)(B)(viii) and 18:2: NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE: Possession with Intent to Distribute Methamphetamine (1) | 82 months as to Count 1 and 82 months as to Count 2 to run concurrent for a total imprisonment term of 82 months; 5 years supervised release; $200 mandatory assessment fee |
| 21:841(a)(1) and (b)(1)(C) and 18:2: NARCOTICS - SELL, DISTRIBUTE, OR DISPENSE: Possession with Intent to Distribute Methamphetamine (2) | 82 months as to Count 1 and 82 months as to Count 2 to run concurrent for a total imprisonment term of 82 months; 5 years supervised release; $200 mandatory assessment fee |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America** represented by **Verda M. Colvin**
P.O. Box 1702
Macon , GA 31202-1702
478-752-3511
Fax: 478-621-2655
Email: verda.colvin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Begin Vol. I

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2009 | 1 | INDICTMENT as to Jonathan Churchwell (1) count(s) 1, 2. (ans) (Entered: 02/23/2009) |
| 02/19/2009 | 2 | *SEALED* Indictment Signature Page (Un-redacted), Indictment Cover and Information Sheet, and Record of Grand Jurors Concurring. re: 1 Indictment : as to Jonathan Churchwell. (ans) (Entered: 02/23/2009) |
| 02/19/2009 | 3 | *SEALED* Arrest Warrant Issued at the direction of U.S. Mag Judge Claude W. Hicks, Jr. in case as to Jonathan Churchwell. (ans) (Entered: 02/23/2009) |
| 04/17/2009 | 4 | MOTION for Writ of Habeas Corpus ad prosequendum by United States of America as to Jonathan Churchwell.. Motion(s) referred to Claude W. Hicks, Jr..(Colvin, Verda) (Entered: 04/17/2009) |
| 04/20/2009 | 5 | ORDER granting 4 Motion for Writ of Habeas Corpus ad prosequendum as to Jonathan Churchwell (1). Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 4/20/09. (CWH) (Entered: 04/20/2009) |
| 04/20/2009 | | (Court only) ***1 certified copy of 5 sent to USMS (ans) (Entered: 04/20/2009) |
| 04/30/2009 | 6 | CJA 23 Financial Affidavit by Jonathan Churchwell (mjw) (Entered: 04/30/2009) |
| 05/06/2009 | | NOTICE OF HEARING as to Jonathan Churchwell Arraignment set for 5/11/2009 02:30 PM in Macon before U.S. Mag Judge Claude W. Hicks, Jr.. Initial Appearance set for 5/11/2009 02:30 PM in Macon before U.S. Mag Judge Claude W. Hicks, Jr.. (mjw) (Entered: 05/06/2009) |
| 05/06/2009 | | Attorney update in case as to Jonathan Churchwell. Attorney Federal Defender, Middle District of Georgia, Inc. for Jonathan Churchwell added. (mjw) (Entered: 05/06/2009) |
| 05/06/2009 | | Proceedings held before U.S. Mag Judge Claude W. Hicks, Jr.:Attorney Appointment Hearing as to Jonathan Churchwell held on 5/5/2009 (mjw) (Entered: 05/06/2009) |
| 05/07/2009 | 7 | Order appointing the Federal Defender to represent Jonathan Churchwell. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 5/7/09. (CWH) (Entered: 05/07/2009) |
| 05/07/2009 | 8 | NOTICE OF ATTORNEY APPEARANCE: LaRae Dixon Moore appearing for Jonathan Churchwell (Moore, LaRae) (Entered: 05/07/2009) |
| 05/08/2009 | 9 | Arrest Warrant as to Jonathan Churchwell executed on 05/08/09. (ans) (Entered: 05/11/2009) |
| 05/11/2009 | 10 | STANDARD PRETRIAL ORDER as to Jonathan Churchwell. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 5/11/09. (CWH) (Entered: 05/11/2009) |
| 05/11/2009 | 11 | Minute Entry for proceedings held before U.S. Mag Judge Claude W. |

Vol. I Cont.

| | | |
|---|---|---|
| | | Hicks, Jr.:Arraignment held on 5/11/2009 as to Jonathan Churchwell (1) Count 1,2., Bond Hearing as to Jonathan Churchwell held on 5/11/2009; Bond set at $10,000-10%; Initial Appearance as to Jonathan Churchwell held on 5/11/2009 (Court Reporter electronic recording.) (mjw) (Entered: 05/11/2009) |
| 05/11/2009 | 12 | NOTICE of Estimated Sentencing Guidelines as to Jonathan Churchwell Range of between 78 and 97 months. (ans) (Entered: 05/12/2009) |
| 05/11/2009 | 13 | NOT GUILTY PLEA SHEET as to Jonathan Churchwell (ans) (Entered: 05/12/2009) |
| 05/11/2009 | 14 | NOTICE of DNA Testing as to Jonathan Churchwell (ans) (Entered: 05/12/2009) |
| 05/11/2009 | 15 | ORDER Setting Conditions of Release as to Jonathan Churchwell (1) $10,000/10% Cash. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 05/11/09. (ans) (Entered: 05/12/2009) |
| 05/12/2009 | 16 | Appearance Bond Entered as to Jonathan Churchwell in amount of $ 1,000, Receipt # 531639. (ans) (Additional attachment(s) added on 5/12/2009: # 1 Receipt) (ans). (Entered: 05/12/2009) |
| 05/15/2009 | 17 | MOTION for Discovery by Jonathan Churchwell.. Motion(s) referred to Claude W. Hicks, Jr..(Moore, LaRae) (Entered: 05/15/2009) |
| 05/15/2009 | 18 | RESPONSE to Motion by United States of America as to Jonathan Churchwell re 17 MOTION for Discovery (Colvin, Verda) (Entered: 05/15/2009) |
| 05/18/2009 | | (Court only) ***Documents terminated as to Jonathan Churchwell: 17 MOTION for Discovery filed by Jonathan Churchwell. (ans) (Entered: 05/18/2009) |
| 05/20/2009 | 19 | NOTICE OF HEARING as to Jonathan Churchwell: Pretrial Conference set for 6/29/2009 09:30 AM in Macon before Judge Hugh Lawson. (dkh) (Entered: 05/20/2009) |
| 06/05/2009 | 20 | MOTION to Continue Trial in the Interest of Justice by Jonathan Churchwell. (Attachments: # 1 Text of Proposed Order)(Moore, LaRae) (Entered: 06/05/2009) |
| 06/08/2009 | | (Court only) Motion Submission as to Jonathan Churchwell re 20 MOTION to Continue Trial in the Interest of Justice (ans) (Entered: 06/08/2009) |
| 06/09/2009 | 21 | ORDER granting 20 Motion to Continue Trial in the Interests of Justice as to Jonathan Churchwell (1). Ordered by Judge Hugh Lawson on 6/9/2009. (nbp) (Entered: 06/09/2009) |
| 06/10/2009 | | (Court only) ***Excludable started as to Jonathan Churchwell: (ans) (Entered: 06/10/2009) |
| 06/10/2009 | | Terminate Deadlines and Hearings as to Jonathan Churchwell: terminated 06/29/09 pretrial conference deadline - case continued (ans) (Entered: |

Vol. 1 Cont.

| | | |
|---|---|---|
| | | 06/10/2009) |
| 06/22/2009 | 22 | MOTION to Suppress by Jonathan Churchwell. (Moore, LaRae) (Entered: 06/22/2009) |
| 07/09/2009 | 23 | RESPONSE to Motion by United States of America as to Jonathan Churchwell re 22 MOTION to Suppress (Attachments: # 1 Exhibit "A", # 2 Exhibit "B")(Colvin, Verda) (Entered: 07/09/2009) |
| 07/16/2009 | | Terminate Deadlines and Hearings as to Jonathan Churchwell: terminated response to motion deadline - response filed at 23 (ans) (Entered: 07/16/2009) |
| 07/27/2009 | 24 | REPLY TO RESPONSE to Motion by Jonathan Churchwell re 22 MOTION to Suppress (Moore, LaRae) (Entered: 07/27/2009) |
| 07/28/2009 | | (Court only) Motion Submission as to Jonathan Churchwell re 22 MOTION to Suppress (ans) (Entered: 07/28/2009) |
| 08/05/2009 | 25 | NOTICE OF HEARING as to Jonathan Churchwell: Pretrial Conference set for 9/1/2009 09:30 AM in Macon before Judge Hugh Lawson. (dkh) (Entered: 08/05/2009) |
| 08/07/2009 | 26 | NOTICE OF HEARING as to Jonathan Churchwell: Pretrial Conference set for 9/3/2009 09:30 AM in Macon before Judge Hugh Lawson. (dkh) (Entered: 08/07/2009) |
| 09/03/2009 | 27 | Minute Entry for proceedings held before Judge Hugh Lawson:Pretrial Conference as to Jonathan Churchwell held on 9/3/2009 (Court Reporter Sally Gray.) (ans) (Entered: 09/04/2009) |
| 09/04/2009 | | (Court only) ***Excludable started as to Jonathan Churchwell: (ans) (Entered: 09/04/2009) |
| 09/29/2009 | 28 | NOTICE OF HEARING as to Jonathan Churchwell: Pretrial Conference set for 11/23/2009 09:30 AM in Macon before Judge Hugh Lawson. (dkh) (Entered: 09/29/2009) |
| 11/23/2009 | 29 | Minute Entry for proceedings held before Judge Hugh Lawson:Pretrial Conference as to Jonathan Churchwell held on 11/23/2009. Case ready for trial. (Court Reporter Sally Gray) (cal) (Entered: 11/24/2009) |
| 11/25/2009 | 30 | NOTICE OF HEARING as to Jonathan Churchwell Jury Trial set for 12/7/2009 09:00 AM in Macon, Georgia, before Judge Hugh Lawson. (dkh) (Entered: 11/25/2009) |
| 11/30/2009 | 31 | Proposed Voir Dire Questions by United States of America as to Jonathan Churchwell (Colvin, Verda) (Entered: 11/30/2009) |
| 11/30/2009 | 32 | REQUESTS TO CHARGE by United States of America as to Jonathan Churchwell (Colvin, Verda) (Entered: 11/30/2009) |
| 12/01/2009 | 33 | Proposed Voir Dire Questions by Jonathan Churchwell (Moore, LaRae) (Entered: 12/01/2009) |

| | | |
|---|---|---|
| 12/01/2009 | 34 | Proposed Jury Instructions by Jonathan Churchwell (Moore, LaRae) (Entered: 12/01/2009) |
| 12/07/2009 | 36 | Minute Entry - Day 1 for proceedings held before Judge Hugh Lawson:Jury Trial as to Jonathan Churchwell held on 12/7/2009 (Court Reporter Sally Gray.) (ans) (Entered: 12/10/2009) |
| 12/07/2009 | 39 | EXHIBIT LIST by United States of America as to Jonathan Churchwell (Attachments: # 1 Exhibit List prepared by Govt)(ans) (Entered: 12/10/2009) |
| 12/07/2009 | 40 | EXHIBIT LIST by Jonathan Churchwell (ans) (Entered: 12/10/2009) |
| 12/07/2009 | 41 | WITNESS LIST by United States of America as to Jonathan Churchwell (ans) (Entered: 12/10/2009) |
| 12/08/2009 | 35 | REQUESTS TO CHARGE by United States of America as to Jonathan Churchwell (Colvin, Verda) (Entered: 12/08/2009) |
| 12/08/2009 | 37 | Minute Entry - Day 2 for proceedings held before Judge Hugh Lawson:Jury Trial as to Jonathan Churchwell held on 12/8/2009 (Court Reporter Sally Gray.) (ans) (Entered: 12/10/2009) |
| 12/08/2009 | 42 | Charge to Jury as to Jonathan Churchwell (ans) (Entered: 12/10/2009) |
| 12/09/2009 | 38 | Minute Entry - Day 3 for proceedings held before Judge Hugh Lawson:Jury Trial as to Jonathan Churchwell held on 12/9/2009 (Court Reporter Sally Gray.) (ans) (Entered: 12/10/2009) |
| 12/09/2009 | 43 | JURY VERDICT as to Jonathan Churchwell (1) Guilty on Count 1,2. (ans) (Entered: 12/10/2009) |
| 12/09/2009 | 44 | Jury Verdict signature page (Un-redacted) re: 43 Jury Verdict. (ans) (Entered: 12/10/2009) |
| 12/15/2009 | 45 | Order for Return of Registry Funds to Johnny Churchwell as to Jonathan Churchwell. Ordered by Judge C. Ashley Royal on 12/15/09. (ans) (Additional attachment(s) added on 12/16/2009: # 1 Financial Administrator Certification) (ans). (Entered: 12/15/2009) |
| 12/22/2009 | 46 | ORDER denying 22 MOTION to Suppress filed by Jonathan Churchwell. Ordered by Judge Hugh Lawson on 12/22/09. (mbh) (Entered: 12/22/2009) |
| 01/21/2010 | 47 | TRANSCRIPT of Proceedings as to Jonathan Churchwell held on 5-11-09, before Judge Hicks. Court Reporter/Transcriber Electronic/Tammy Fletcher. Volume Number: 1 of 1. Initial Appearance/Arraignment Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy |

Vol. 1 cont

End Vol. 1

Begin Vol. 2

Vol. 3

| | | | |
|---|---|---|---|
| | | governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (twf) (Entered: 01/21/2010) | Vol. 3 Cont. |
| 01/29/2010 | 48 | MOTION for Writ of Habeas Corpus ad prosequendum by United States of America as to Jonathan Churchwell.. Motion(s) referred to Claude W. Hicks, Jr..(Calhoun, Charles) (Entered: 01/29/2010) | Vol. 2 Cont |
| 02/02/2010 | 49 | ORDER granting 48 Motion for Writ of Habeas Corpus ad prosequendum as to Jonathan Churchwell (1) on request of the Superior Court of Twiggs County, Georgia. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 2/2/10. (CWH) (Entered: 02/02/2010) | |
| 02/03/2010 | | (Court only) ***1 cert copy of 49 sent to USMS (ans) (Entered: 02/03/2010) | |
| 02/16/2010 | | (Court only) Terminate Deadlines and Hearings as to Jonathan Churchwell: terminated redaction request and redacted transcript deadline (ans) (Entered: 02/16/2010) | |
| 02/19/2010 | 50 | SENTENCING MEMORANDUM by Jonathan Churchwell (Moore, LaRae) (Entered: 02/19/2010) | |
| 02/19/2010 | 51 | AMENDED DOCUMENT as to Jonathan Churchwell,amending 50 Sentencing Memorandum (Moore, LaRae) (Entered: 02/19/2010) | |
| 02/23/2010 | | NOTICE OF HEARING as to Jonathan Churchwell Sentencing set for 3/2/2010 09:30 AM in Macon before Judge Hugh Lawson. (ans) (Entered: 02/23/2010) | |
| 03/02/2010 | 52 | Minute Entry for proceedings held before Judge Hugh Lawson:Sentencing held on 3/2/2010 for Jonathan Churchwell (1), Count(s) 1, 2, 82 months as to Count 1 and 82 months as to Count 2 to run concurrent for a total imprisonment term of 82 months; 5 years supervised release; $200 mandatory assessment fee. (Court Reporter Sally Gray.) (ans) (Entered: 03/03/2010) | |
| 03/02/2010 | 53 | Appeal Information Package as to Jonathan Churchwell hand-delivered to defendant and counsel at sentencing. (ans) (Entered: 03/03/2010) | |
| 03/04/2010 | 54 | JUDGMENT as to Jonathan Churchwell (1), Count(s) 1, 2, 82 months as to Count 1 and 82 months as to Count 2 to run concurrent for a total imprisonment term of 82 months; 5 years supervised release; $200 mandatory assessment fee. Ordered by Judge Hugh Lawson on 03/04/10. (ans) (Entered: 03/04/2010) | |
| 03/04/2010 | 55 | (Court only) Statement of Reasons re: 54 Judgment, (ans) (Entered: 03/04/2010) | |
| 03/05/2010 | 56 | MOTION to Withdraw as Attorney *and Appointment of New Counsel* by LaRae D. Moore. by Jonathan Churchwell.. Motion(s) referred to Claude | |

Vol. 2 Cont.

| | | |
|---|---|---|
| | | W. Hicks, Jr..(Moore, LaRae) (Entered: 03/05/2010) |
| 03/08/2010 | | (Court only) Motions No Longer Referred as to Jonathan Churchwell: 56 MOTION to Withdraw as Attorney *and Appointment of New Counsel* by LaRae D. Moore. (ans) (Entered: 03/08/2010) |
| 03/08/2010 | | (Court only) Motion Submission as to Jonathan Churchwell re 56 MOTION to Withdraw as Attorney *and Appointment of New Counsel* by LaRae D. Moore. (ans) (Entered: 03/08/2010) |
| 03/10/2010 | 57 | NOTICE OF APPEAL - Final Judgment of Conviction by Jonathan Churchwell re 54 Judgment, ; (Attachments: # 1 Certificate of Service) (Lane, L.) (Entered: 03/10/2010) |
| 03/10/2010 | 58 | TRANSCRIPT INFORMATION FORM as to Jonathan Churchwell re 57 Notice of Appeal - Final Judgment of Conviction. (Attachments: # 1 Required Form CJA24)(Lane, L.) (Entered: 03/10/2010) |
| 03/10/2010 | 59 | ORDER granting 56 Motion to Withdraw as Attorney. Federal Defender, Middle District of Georgia, Inc. and LaRae Dixon Moore withdrawn from case as counsel for Jonathan Churchwell (1). Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 3/10/10. (CWH) (Entered: 03/10/2010) |
| 03/10/2010 | | Attorney update in case as to Jonathan Churchwell. Attorney L. Elizabeth Lane for Jonathan Churchwell added. (mjw) (Entered: 03/10/2010) |
| 03/10/2010 | | Proceedings held before U.S. Mag Judge Claude W. Hicks, Jr.:Attorney Appointment Hearing as to Jonathan Churchwell held on 3/10/2010 (mjw) (Entered: 03/10/2010) |
| 03/10/2010 | 60 | CJA 20 as to Jonathan Churchwell: Appointment of Attorney L. Elizabeth Lane for Jonathan Churchwell. Ordered by U.S. Mag Judge Claude W. Hicks, Jr. on 3/10/10. (mjw) (Entered: 03/10/2010) |
| 03/11/2010 | 61 | Letter of Transmittal re 57 Notice of Appeal - Final Judgment of Conviction as to Jonathan Churchwell. Certified Copy of Notice of Appeal, Docket Sheet, Order and Judgment Mailed to USCA. (ans) (Entered: 03/11/2010) |
| 03/11/2010 | 62 | ORDER rescinding 59 Order of the Magistrate Judge and denying 56 Motion as to Jonathan Churchwell. Ordered by Judge Hugh Lawson on 3/11/2010. (nbp) (Entered: 03/11/2010) |
| 03/11/2010 | | Attorney update in case as to Jonathan Churchwell. Terminated L. Elizabeth Lane pursuant to 62 (ans) (Entered: 03/11/2010) |
| 03/11/2010 | | PRESENTENCE INVESTIGATION REPORT (Sealed) received from U.S. Probation Office as to Jonathan Churchwell. Document will be returned to that office upon conclusion of the appeal. (ans) (Entered: 03/11/2010) |
| 03/22/2010 | 63 | USCA Case Number 10-11100-J as to Jonathan Churchwell for 57 Notice of Appeal - Final Judgment of Conviction filed by Jonathan Churchwell. (ans) (Entered: 03/22/2010) |

Exhibit

Vol. 2 Cont

| | | |
|---|---|---|
| 03/22/2010 | 64 | USCA Letter dated 03/18/10 to L. Elizabeth Lane (ans) (Entered: 03/22/2010) |
| 03/22/2010 | 65 | USCA Letter dated 03/18/10 regarding appointment to represent defendant on appeal (ans) (Entered: 03/22/2010) |
| 03/22/2010 | 66 | ***e-mail sent to Deborah Hall, CCA-11, advising that L. Elizabeth Lane is no longer appointed counsel (ans) (Entered: 03/22/2010) |
| 03/23/2010 | | (Court only) Terminate Deadlines and Hearings as to Jonathan Churchwell: terminated transcript order acknowledgment deadline (ans) (Entered: 03/23/2010) |
| 03/23/2010 | 67 | Letter from Elizabeth Lane to CCA-11 regarding no longer being appointed to case (ans) (Entered: 03/23/2010) |
| 04/01/2010 | 68 | USCA Letter dated 03/17/10 to the Federal Public Defender (ans) (Entered: 04/01/2010) |
| 04/12/2010 | 69 | Letter regarding request for a copy of Notice of Appeal and transcripts - mailed defendant a copy of Notice of Appeal and a copy of docket sheet (Attachments: # 1 Envelope)(ans) (Entered: 04/12/2010) |
| 04/13/2010 | 70 | TRANSCRIPT INFORMATION FORM as to Jonathan Churchwell re 57 Notice of Appeal - Final Judgment of Conviction. (Roseberry, Cynthia) (Entered: 04/13/2010) |
| 04/13/2010 | 71 | TRANSCRIPT ORDER ACKNOWLEDGMENT as to Jonathan Churchwell re 57 Notice of Appeal - Final Judgment of Conviction. (Gray, Sally) (Entered: 04/13/2010) |
| 04/15/2010 | 72 | PRO-SE Motion to Appoint New Counsel by Jonathan Churchwell. (Attachments: # 1 Envelope). Motion(s) referred to Claude W. Hicks, Jr.. (ans) (Entered: 04/15/2010) |
| 04/15/2010 | | (Court only) Motions No Longer Referred to U.S. Magistrate Judge Claude W. Hicks, Jr. as to Jonathan Churchwell: 72 Motion to Appoint Counsel, Motion Submission as to Jonathan Churchwell re 72 Motion to Appoint Counsel (ans) (Entered: 04/15/2010) |
| 04/26/2010 | | (Court only) Terminate Deadlines and Hearings as to Jonathan Churchwell: terminated 04/26/10 release of transcript restriction deadline (ans) (Entered: 04/26/2010) |
| 05/16/2010 | 73 | TRANSCRIPT filed as to Jonathan Churchwell for dates of 9/3/2009 before Judge Lawson, re 57 Notice of Appeal - Final Judgment of Conviction Court Reporter Sally Gray. Volume Number: 1 of 1. Pretrial Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction |

End Vol. 2

Vol. 4

| | | | |
|---|---|---|---|
| | | of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Gray, Sally) (Entered: 05/16/2010) | Vol. 4 Cont. |
| 05/16/2010 | 74 | TRANSCRIPT filed as to Jonathan Churchwell for dates of 11/23/2009 before Judge Lawson, re 57 Notice of Appeal - Final Judgment of Conviction Court Reporter Sally Gray. Volume Number: 1 of 1. Pretrial Hearing Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Gray, Sally) (Entered: 05/16/2010) | Vol. 5 |
| 05/16/2010 | 75 | TRANSCRIPT filed as to Jonathan Churchwell for dates of 12/7/2009 before Judge Lawson, re 57 Notice of Appeal - Final Judgment of Conviction Court Reporter Sally Gray. Volume Number: 1 of 3. Criminal Jury Trial. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Gray, Sally) (Entered: 05/16/2010) | Vol. 6 |
| 05/16/2010 | 76 | TRANSCRIPT filed as to Jonathan Churchwell for dates of 12/8/2009 before Judge Lawson, re 57 Notice of Appeal - Final Judgment of Conviction Court Reporter Sally Gray. Volume Number: 2 of 3. Criminal Jury Trial. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction | Vol. 7 |

| | | | |
|---|---|---|---|
| | | of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Gray, Sally) (Entered: 05/16/2010) | Vol. 7 Con't |
| 05/16/2010 | 77 | TRANSCRIPT filed as to Jonathan Churchwell for dates of 12/9/2009 before Judge Lawson, re 57 Notice of Appeal - Final Judgment of Conviction Court Reporter Sally Gray. Volume Number: 3 of 3. Criminal Jury Trial. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Gray, Sally) (Entered: 05/16/2010) | Vol. 8 |
| 05/16/2010 | 78 | TRANSCRIPT filed as to Jonathan Churchwell for dates of 3/2/2010 before Judge Lawson, re 57 Notice of Appeal - Final Judgment of Conviction Court Reporter Sally Gray. Volume Number: 1 of 1. Sentencing Hearing. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. IMPORTANT NOTICE - REDACTION OF TRANSCRIPTS: In order to remove personal identifier data from the transcript, a party must electronically file a Transcript Redaction Request with the Clerk's Office within 21 calendar days of this date. The Policy governing the redaction of personal information is located on the court website at www.gamd.uscourts.gov. Read this policy carefully. If no Transcript Redaction Request is filed within 21 calendar days of this date, the court will assume redaction of personal identifiers is not necessary and the transcript will be made available via PACER 90 days from today's date. (Gray, Sally) (Entered: 05/16/2010) | Vol. 9 |
| 05/18/2010 | 79 | USCA Letter dated 05/14/10 (ans) (Entered: 05/18/2010) | |
| 05/18/2010 | | (Court only) Terminate Deadlines and Hearings as to Jonathan Churchwell: terminated 05/13/10 transcrit deadline - transcripts filed (ans) (Entered: 05/18/2010) | |